UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Johnny Mathew Locust                                    Docket No. 4:13-CR-75-1FL

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnny Mathew Locust, who, upon an earlier plea of guilty to Distribution of 28 Grams or More of Cocaine Base (Crack) and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 3, 2014, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Johnny Mathew Locust was released from custody on July 22, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 21, 2016, Locust submitted to urinalysis screening which was confirmed positive for cocaine by Alere Laboratories on September 29, 2016. On October 4, 2016, the undersigned probation officer confronted the defendant regarding the violation. Locust signed an admission form indicating that he used cocaine on September 19, 2016 and September 30, 2016. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Melissa K. Gonigam |
| Dwayne K. Benfield | Melissa K. Gonigam |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Rm 214 |
| | Greenville, NC 27858-1137 |
| | Phone: (252) 830-2345 |
| | Executed On: October 12, 2016 |

**Johnny Mathew Locust**
**Docket No. 4:13-CR-75-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this  13th  day of  October  , 2016, and ordered filed and made a part of the records in the above case.

*Louise V. Flanagan* (signature)
Louise W. Flanagan
U.S. District Judge